# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PETER KIEWIT SONS', INC., et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | 8:08CV541 |
| vs. ) | |
| ) | ORDER |
| **ATSER, LP,** ) | |
| ) | |
| **Defendant.** ) | |

On the oral motion of counsel for the parties, the telephone planning conference previously set for June 15, 2009 at 10:00 a.m. is cancelled and is **rescheduled for June 19, 2009 at 11:00 a.m.** before the undersigned magistrate judge. Plaintiff's counsel shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 1st day of June, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge