# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PETER KIEWIT SONS' INC. and KIEWIT CORPORATION,** | ) ) ) | **CASE NO. 8:08CV541** |
| **Plaintiffs,** | ) ) | |
| v. | ) ) ) | **ORDER** |
| **ATSER, LP,** | ) ) ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's Motion for Leave to File Supplemental Brief *Instanter* Regarding Plaintiffs' Motion for Preliminary Injunction (Filing No. 137). The Court concludes that the motion should be granted.

IT IS ORDERED that Defendant's Motion for Leave to File Supplemental Brief *Instanter* Regarding Plaintiffs' Motion for Preliminary Injunction (Filing No. 137) is granted and the attached brief is deemed filed instanter.

DATED this 2nd day of July, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge