# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PETER KIEWIT SONS' INC. and KIEWIT CORPORATION,** | ) ) ) | **CASE NO. 8:08CV541** |
| **Plaintiffs,** | ) ) ) | **ORDER** |
| v. | ) ) | |
| **ATSER, LP,** | ) ) | |
| **Defendant.** | ) ) | |

This matter is before the Court on the parties' Joint Motion to Extend the Deadline for Filing Reply Briefs in Support of Motions for Summary Judgment. (Filing No. 209). The parties seek to extend deadlines for filing reply briefs in support of their motions for summary judgment from December 4, 2009, until December 9, 2009. The Court finds the motion should be granted.

IT IS ORDERED:

1. The parties' Joint Motion to Extend the Deadline for Filing Reply Briefs in Support of Motions for Summary Judgment. (Filing No. 209) is granted; and

2. The parties shall file their reply briefs, if any, on or before December 9, 2009.

DATED this 4th day of December, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge