## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PETER KIEWIT SONS', INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:08CV541** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **ATSER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's Motion for Protective Order (Filing No. 247) and the plaintiff's Motion to Compel (Filing No. 251). Having met and conferred with counsel in chambers at a pre-trial conference on March 19, 2010, the court denies the Motion for Protective Order and grants the Motion to compel as set forth below. Upon consideration,

**IT IS ORDERED:**

1. The defendant's Motion for Protective Order (Filing No. 247) is denied.

2. The plaintiff's Motion to Compel (Filing No. 251) is granted in part. Defendant ATSER shall produce the Fed.R.Civ.P. 30(b)(6) witness for two hours to complete a Fed.R.Civ.P. 30(b)(6) deposition.

DATED this 19th day of March, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge